UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GOULD CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>MOON SELFIE, INC.,<br><br>    Defendant. | Civil Action No.<br><br>1:23-cv-11046-WGY |

### DEFAULT JUDGMENT AGAINST DEFENDANT MOON SELFIE, INC.

Defendant MOON Selfie, Inc. ("Defendant"), having been served with the Summons and Complaint by and through its designated agent for service of process, having failed to plead or otherwise defend in this action, and having received service of the Notice of Default entered pursuant to Fed. R. Civ. Proc. 55(a);

Now, upon Motion of Plaintiff Stephen Gould Corporation ("Plaintiff"), supported by a Memorandum of Law and the Declaration of Matthew Caminiti, Esq., with exhibits thereto, the Declaration of Anthony Lupo with exhibits thereto, and the Declaration of Luke Vitas, demonstrating that Defendant owes Plaintiff compensatory damages in the amount of $10,618,641.87 for breach of contract (Count I) and breach of the obligation of good faith and fair dealing (Count II), and that Defendant is a corporate entity and not an infant or incompetent person or in the military service of the United States, and the Certificate of Service attesting to the service of all motion papers on Defendant's registered agent for service of process;

It is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff recover from Defendant compensatory damages in the amount of $10,618,641.87, Plaintiff's costs incurred in pursuing this lawsuit in the amount of $402, and pre-judgment interest at the rate of 5.18 % from

2

May 11, 2023 until the entry of Final Judgment, in the amount of $114,530.05, for a total judgment of $10,733,171.92, with post-judgment interest as provided by law.

By the Court,

**/s/William G. Young**

**Honorable William G. Young
United States District Judge**

Dated: **July 26, 2023**